IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION

NO. 4:21-CR-71-FL-1

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | |
| | ) | ORDER |
| FAN TROY STATON, | ) | |
| | ) | |
| Defendant. | ) | |

This matter is before the court on defendant's motion for release on compassionate furlough to attend the funeral of his mother (DE 50). Upon consideration of the motion, the government's position represented therein, and the record in this matter, the court GRANTS IN PART the motion subject to the following limitations and requirements set forth as follows.

Defendant shall be released not earlier than **3:00 p.m.** to the custody of his cousin, Nikki Staton, today, August 16, 2023, from the Onslow County Detention Center in Jacksonville, North Carolina, for the sole purpose of attending his mother's viewing and funeral at Oscar's Mortuary in New Bern, North Carolina. Defendant, during the entire furlough, is to remain in the custody and care of his cousin Nikki Staton. Defendant shall return to Onslow County Detention Center immediately upon completion of the viewing and funeral, and in no event later than **8:00 p.m.,** on August 16, 2023.

Counsel for defendant is DIRECTED to provide to the United States Marshals Service and counsel for the government, prior to defendant's release, all available contact information for custodian Nikki Staton, including, at a minimum, her telephone number, address, license number, make and model of her vehicle to be used to transport defendant, and license plate number of said vehicle.

SO ORDERED, this the 16th day of August, 2023.

_____
LOUISE W. FLANAGAN
United States District Judge